UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:  06-21614-CIV-MORENO-CIV-MORENO

GUILLERMO MARTINEZ and PABLO LIBERATORI,

    Plaintiffs,

vs.

LARRY LIEBERMAN a/k/a LAWRENCE LIEBERMAN,

    Defendant.
_____/



**ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

THIS CAUSE came before the Court upon Plaintiff's Motion for Summary Judgment **(D.E. No. 12)**, filed on **March 4, 2007**.  Defendant has failed to file any response to the Motion. Additionally, other than filing an answer, he has failed to abide by any of the Court's deadlines set out in the Scheduling Order, and failed to appear for Calendar Call.

In their Motion for Summary Judgment, Plaintiffs seek a final judgment instructing the Director of the United States Patent and Trademark Office ("USPTO") to correct the inventors for Patent No. 6,844,948 to identify Guillermo Martinez and Pablo Liberatori as co-inventors.  Plaintiffs seek this relief pursuant to 35 U.S.C. § 256, which permits district courts to correct the omission of an inventor in an issued patent.  Courts have interpreted § 256 to allow "correction . . . in those nonjoinder cases where the unnamed inventor is free of deceptive intent."  Stark v. Adv. Magnetics, Inc., 199 F.3d 1551, 1555 (Fed. Cir. 1997).

Here, Plaintiffs claim that they were without deceptive intent in the filing of the patent

application. Because Defendant has not responded to this Motion in any way, the Court accepts Plaintiffs' version of the facts as true, and grants the relief requested to Plaintiffs.

**ADJUDGED** that the motion is, by default, GRANTED. The Court hereby enters a directive to the Director of the USPTO to issue a certificate correcting the inventors for Patent No. 6,844,948 to identify Messrs. Martinez and Liberatori as co-inventors.

DONE AND ORDERED in Chambers at Miami, Florida, this 8 day of May, 2007.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Parties of Record